# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0665

VERSUS

WILLIE MACK CAULEY, JR.                    **SEPTEMBER 25, 2023**

---

In Re:    Willie Mack Cauley, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 593185.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** Relator does not seek review of a ruling by the lower court or request mandamus relief for the court's failure to act. Thus, this writ presents nothing for this court to review.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT